# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2742
_____

DARRELL FORTNER,

Appellant,

v.

UNIVERSAL PROPERTY &
CASUALTY INSURANCE CO. ASO
CORINNE BOWLEN,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Jr., Judge.


July 21, 2026

PER CURIAM.

AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darrell Fortner, pro se, Appellant.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for Appellee.